NO. 07-07-0197-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MAY 22, 2007

______________________________

SHAUN MICHAEL RAY,

Appellant

V.

DONNA MARIE KNIGHT,

Appellee

_________________________________

FROM THE 47th DISTRICT COURT OF POTTER COUNTY;

NO. 51,789-A; HONORABLE HAL MINER, PRESIDING

_______________________________

ORDER DISMISSING APPEAL

       
_______________________________

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ. 

Appellant, Shaun Michael Ray, has filed with this Court a letter stating that he “prematurely filed my notice of appeal” and that “at this time I have nothing to appeal.”  We interpret it as a request to dismiss his appeal, and without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1).  The appeal is dismissed.  Having dismissed the appeal at appellant’s request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn

          Chief Justice